USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
SICHENZIA ROSS FERENCE LLP, *et al.*, :
:
                               Plaintiffs, :      1:23-cv-6415-GHW
:
                 -v - :      <u>ORDER</u>
:
SKULL VALLEY BAND OF GOSHUTE :
INDIANS OF UTAH, :
:
                             Defendant. :
X
-----------------------------------------------------------------

GREGORY H. WOODS, United States District Judge:

In the July 25, 2023 case opening assignment notice in this case, counsel was directed to "download and review the Individual Practices of the assigned district judge." Pursuant to the Court's Individual Rule 2(E), pre-motion submissions are required for motions to dismiss. Defendant did not file a pre-motion submission before filing a motion to dismiss on August 10, 2023. Dkt. No. 22. Accordingly, that motion is denied without prejudice. If defendant wishes to renew its motion at a later date, it is directed to do so in compliance with the Court's Individual Rule 2(E).

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 22.

SO ORDERED.

Dated: August 11, 2023
       New York, New York

                                                            GREGORY H. WOODS
                                                    United States District Judge