```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                 :
SICHENZIA ROSS FERENCE LLP, et al.,                              :
                                                                 :
                                         Plaintiffs,             :     1:23-cv-6415-GHW
                                                                 :
                        -v -                                     :     ORDER
                                                                 :
SKULL VALLEY BAND OF GOSHUTE                                     :
INDIANS OF UTAH,                                                 :
                                                                 :
                                         Defendant.              :
                                                                 X
----------------------------------------------------------------
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/2023

GREGORY H. WOODS, United States District Judge:

   As described more fully at the August 17, 2023 conference, Plaintiffs' motion for preliminary injunctive relief is DENIED. Additionally, as described at that conference, the Court will treat Defendant's motion to dismiss, *see* Dkt. No. 22, as being filed as of today. Plaintiffs' opposition to that motion must be filed and served no later than three weeks from the date of this order; Defendant's reply, if any, must be filed and served no later than one week from the date of service of Plaintiffs' opposition.

   SO ORDERED.

Dated: August 17, 2023
   New York, New York

_____
GREGORY H. WOODS
United States District Judge